1 JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6    Telephone: (415) 436-7124
FAX: (415) 436-7169
7

8 Attorneys for Defendants

9             UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11           SAN FRANCISCO DIVISION

12 SHERELLE CHUACUCO-YOUNG,    )
                     ) No. C 09-0991 JCS
13       Plaintiff,      )
                     )
14      v.        ) **STIPULATION TO EXTEND DATES;**
                     ) **AND [~~PROPOSED~~] ORDER**
15 THE UNITED STATES CITIZENSHIP &  )
IMMIGRATION SERVICES ("CIS"); ROBIN )
16 BARRETT, Field Office Director of CIS' )
San Francisco Field Office; MICHAEL AYTES, )
17 Acting Deputy Director of CIS; JANET )
NAPOLITANO, Secretary of the Department of )
18 Homeland Security; and ERIC H. HOLDER, JR., )
Attorney General of the United States, )
19                      )
      Defendants.    )
20                      )

21     The Plaintiff, by and through her attorney of record, and Defendants by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of

23 Defendants' answer. The plaintiff was interviewed on her adjustment of status application on

24 April 28, 2009, and USCIS has requested additional documents. Defendants will file their

25 response on or about June 23, 2009.

26 ///

27 ///

28 ///
Stipulation to Extend
C09-0991 JCS              1

1   Date: May 5, 2009                           Respectfully submitted,

2                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
3

4                                                         /s/
                                                ILA C. DEISS[1]
5                                               Assistant United States Attorney
                                                Attorneys for Defendants
6

7

8   Date: May 4, 2009                                     /s/
                                                COLIN T. GREENE
9                                               Attorney for Plaintiff

10                          **ORDER**

11          Pursuant to stipulation, IT IS SO ORDERED.

12
    Date:    May 5, 2009
13                                              JOSE
                                                Unite                          Judge
14

15

16

17

18

19

20

21

22

23

24

25

26   _____

27        [1]  I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
     indicated by a "conformed" signature (/S/) within this efiled document.
28
     Stipulation to Extend
     C09-0991 JCS                                2