```
 1 | JOSEPH P. RUSSONIELLO, CSBN 44332
   | United States Attorney
 2 | JOANN M. SWANSON, CSBN 88143
   | Assistant United States Attorney
 3 | Chief, Civil Division
   | ILA C. DEISS, NY SBN 3052909
 4 | Assistant United States Attorney

 5 |    450 Golden Gate Avenue, Box 36055
   |    San Francisco, California 94102
 6 |    Telephone: (415) 436-7124
   |    FAX: (415) 436-7169
 7 |

 8 | Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERELLE CHUACUCO-YOUNG, ) | |
| ) | No. C 09-0991 JCS |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO DISMISS AND** |
| ) | **[PROPOSED] ORDER** |
| THE UNITED STATES CITIZENSHIP & ) | |
| IMMIGRATION SERVICES ("CIS"); ROBIN ) | |
| BARRETT, Field Office Director of CIS' ) | |
| San Francisco Field Office; MICHAEL AYTES, ) | |
| Acting Deputy Director of CIS; JANET ) | |
| NAPOLITANO, Secretary of the Department of ) | |
| Homeland Security; and ERIC H. HOLDER, JR., ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

///

///

///

///

///

Stipulation to Dismiss
C09-0991 JCS                           1

1  Plaintiff, by and through her attorney of record, and Defendants by and through their attorneys
2  of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P.
3  41(a). The United States Citizenship and Immigration Services agrees to adjudicate Plaintiff's
4  application for adjustment of status within 45 days of dismissal of this action. The parties shall
5  bear their own costs and fees.

Date: June 23, 2009                         Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            ILA C. DEISS[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants



                                            _____/s/_____
Date: June 22, 2009                         COLIN T. GREENE
                                            Attorney for Plaintiff


                            **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 24, 2009
                                            _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-0991 JCS                          2